UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER B. PRATT,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 18-cv-01192-HSG<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff filed this Social Security review action on February 23, 2018. Dkt. No. 1. Defendant filed the answer on May 24, 2018 and lodged the administrative record on June 1, 2018. Dkt. Nos. 5, 6. Plaintiff's deadline for filing a motion for summary judgment or for remand was June 21, 2018. *See* Dkt. No. 3 (deadline to file is within 28 days of service of defendant's answer). To date, Plaintiff has not filed a motion for summary judgment or for remand, or filed any other pleadings indicating that he intends to continue prosecuting this action.

Federal Rule of Civil Procedure 41(b) provides that where a "plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it." Fed. R. Civ. P. 41(b). The Court may also sua sponte dismiss a case for lack of prosecution. *Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962). Accordingly, Plaintiff is ordered **TO SHOW CAUSE** why this case should not be dismissed for failure to prosecute. Plaintiff must file a statement of no more than two pages by May 27, 2019 explaining why the case should not be dismissed in light of the facts described above.

**IT IS SO ORDERED.**

Dated: 5/10/2019

                                                                                                                               */s/ Haywood S. Gilliam, Jr.*

HAYWOOD S. GILLIAM, JR.
United States District Judge