UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTER B. PRATT,<br>    Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | Case No. 18-cv-01192-HSG<br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND SETTING BRIEFING SCHEDULE**<br>Re: Dkt. Nos. 8, 10 |

On May 10, 2019 the Court ordered Plaintiff, who is proceeding pro se, to show cause why this case should not be dismissed for failure to prosecute. Dkt. No. 8. Plaintiff filed his response, explaining that although he received a box in June 2018 that he knew "contained records and transcripts that are required to be sent as part of the civil case," he did not "remove the files," and therefore did not know Defendant responded until Plaintiff received the Court's order to show cause. Dkt. No. 10.

Although the Court fails to understand why Plaintiff would not review files he knew were pertinent to his case, in light of Plaintiff's explanation that he still wishes to continue prosecuting this case and the fact that Plaintiff is proceeding pro se, the Court **DISCHARGES** the order to show cause. The Court directs Plaintiff to strictly comply with all future deadlines and to carefully review all filings in this case.

//
//
//
//
//

Plaintiff is **DIRECTED** to file his motion for summary judgment by July 8, 2019. Defendant shall serve and file an opposition by August 12, 2019, and Plaintiff may serve and file a reply by September 2, 2019. Unless the Court orders otherwise, upon conclusion of this briefing schedule, the matter will be deemed submitted for decision without oral argument.

**IT IS SO ORDERED.**

Dated: 5/30/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge